PEOPLE OF PORTO RICO, Plaintiff and Appellee, *v.* DIEGO COLÓN, Defendant and Appellant.

No. 2702. Argued April 6, 1926.—Decided April 23, 1926.

*Felipe Colón Díaz* and *Miguel Bahamonde* for the appellant  *José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The defendant, accompanied by a woman, accidentally shot her while both of them were in the house of another woman. A policeman found the defendant under these conditions with a pistol in his hand. The court found the said defendant guilty of carrying a prohibited weapon. At the trial he made a motion for nonsuit, presented no evidence and on appeal insists that there was no proof of a guilty intent. He maintains that the case is to be distinguished from *People* v. *Santiago,* 34 P.R.R. 766, inasmuch as in that case the defendant bore the arm with the intention of having it about his person. Defendant relies in part on the case of *People* v. *Borges,* 23 P.R.R. 486.

That was a case where after shooting a man in self-defense on his own farm the defendant at the edge thereof delivered the weapon with which he shot to the summoned police. A man may bear arms on his own farm and the theory of the *Borges Case* is that there can be no intention to bear arms under such or similar circumstances.

In the present case the defendant was shown to be carrying a pistol. From this evidence the intent of having the weapon for purposes of offense and defense is the *prima facie* deduction to be made. A pistol has ordinarily no other use. It lay with the appellant to show as a matter of defense

that its use was permitted by one of the exceptions to the law. The. appellant is mistaken in supposing that the use of a weapon in a house not his own constitutes an excuse for him.

The judgment appealed from must be affirmed.